Received at: 8:44AM, 9/7/2007

SEP-7-2007  08:27A  FROM:ATTORNEY MULLER        619-449-9635           TO:7029992              P.1

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE WILLIAM Q. HAYES)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 07CR1824-WQH |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| JOSE ANTONIO GARCIA, | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED**, based upon good cause shown, that the defendant is allowed to travel to San Jose, California to attend a family funeral on Saturday, September 8, 2007. Defendant shall inform pretrial services of his itinerary, including the address and phone number of where he will stay.

Dated: September 6, 2007

HON. WILLIAM Q. HAYES
District Judge